[No. 16268-1-III.    Division Three.    February 19, 1998.]

DEVERA B. SAUCIER, *Appellant,* v. THE EMPLOYMENT
SECURITY DEPARTMENT, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-04639-2, Michael E. Donohue, J.,
entered November 8, 1996. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Schultheis, C.J., and
Kato, J. Now published at 90 Wn. App. 461.


[No. 16319-9-III.    Division Three.    February 19, 1998.]

BLUE MOUNTAIN SEED, INC., *Appellant,* v. PETER N. PRICE,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 95-2-00371-1, John M. Lyden, J., entered
December 21, 1996. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 16400-4-III.    Division Three.    February 19, 1998.]

BRENT C. JOHNSON, *Appellant,* v. EAGLE MOUNTAIN
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-2-00104-4, James M. Murphy, J.,
entered January 3, 1997. *Reversed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Kurtz,
JJ.


[Nos. 20750-8-II; 20793-1-II.    Division Two.    February 20, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JOHN
FOLEY, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Pierce
County, No. 95-1-01736-5, 95-1-01737-3, Brian M. Tollef-
son, J., entered May 16 and May 3, 1996. *Affirmed in part*
and *reversed in part* by unpublished opinion per Seinfeld,
J., concurred in by Bridgewater, A.C.J., and Hunt, J.